IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 314-06636 |
| TENNESSEE LOGISTICS, LLC | ) | CHAPTER 7 |
| DEBTOR. | ) | JUDGE MARIAN F. HARRISON |
| | ) | |
| SUSAN R. LIMOR, TRUSTEE, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | ADVERSARY NO. |
| | ) | |
| ADAM BROCK, ELIZABETH BROCK, | ) | |
| CHAD BROCK, LESLY BROCK, | ) | |
| BROADWAY LIMOUSINE, LLC. | ) | |
| DEFENDANTS. | ) | |

## COMPLAINT TO AVOID FRAUDULENT TRANSFERS

Comes the Plaintiff, by and through counsel, and would respectfully represent to this Court as follows:

1.    Plaintiff is the duly qualified and acting Trustee in this bankruptcy case.

2.    This adversary proceeding is commenced in the case of Tennessee Logistics, LLC, a Chapter 7 case bearing case number 314-06636- MH3-7, ("Debtor") and pending in the Middle District of Tennessee.

3.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This adversary proceeding is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(F) and (H).

4.    On August 20, 2014, a Chapter 7 Petition was filed by the Debtor under Chapter 7 of Title 11 of the United States Code.

5.    Plaintiff was appointed as Interim Trustee in the Chapter 7 case on August 22, 2014.

1

6.      Adam Brock was the single member and president of the Debtor.  Adam Brock is also the single member and president of Broadway Limousine, LLC.

7.      Elizabeth A. Brock is the wife of Adam Brock and had no ownership interest in the Debtor, nor was an employee of the Debtor.

8.      Chad Brock is the father of Adam Brock and worked with related logistics companies.

9.      Lesly Brock is the mother of Adam Brock and worked with related logistics companies.

10.     At all times at which the subject transfers occurred, the Debtor was insolvent or was rendered insolvent as a result of the transfers herein described or should have known it could not pay its debts as they came due.

11.     Pursuant to 11 U.S.C. § 548, the Trustee can avoid any transfers made by the Debtor within two (2) years of commencement of the case if the Debtor received less than reasonably equivalent value in exchange for the transfers and the Debtor was insolvent or became insolvent as a result of the transfers.

12.     Pursuant to 11 U.S.C. § 548, the Trustee can avoid any transfers made by the Debtor within two (2) years of commencement of the case if the transfers were made for the purpose of hindering, delaying or defrauding creditors, and was made with actual intent to defraud.

## COUNT I

13.     The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

14.     Within two (2) years prior to the commencement of the case, Defendant Adam Brock received the below-alleged transfers of property totaling at least $189,491.08 from the Debtor.

15.     The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities

2

out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

16.     Debtor was in a precarious financial condition at the time of the transfers.

17.     The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

18.     Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

19.     Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

20.     The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

21.     Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

22.     Defendant Adam Brock may have received additional transfers which Plaintiff may learn about during the discovery process, and such transfers are expressly subject to this action.

| DATE | BANK | AMOUNT |
|------|------|--------|
| 02/14/13 | Wells Fargo 7150 | ($300.00) |
| 03/18/13 | Wells Fargo 7150 | ($2,000.00) |
| 03/22/13 | Wells Fargo 7150 | ($1,000.00) |
| 03/28/13 | Wells Fargo 7150 | ($13,000.00) |
| 03/28/13 | Wells Fargo 7150 | ($1,000.00) |
| 03/29/13 | Wells Fargo 7150 | ($1,000.00) |
| 04/02/13 | Wells Fargo 7150 | ($1,000.00) |
| 04/08/13 | Wells Fargo 7150 | ($2,000.00) |
| 04/08/13 | Wells Fargo 7150 | ($1,600.00) |
| 04/10/13 | Wells Fargo 7150 | ($7,500.00) |

3

| | | |
|---|---|---|
| 04/17/13 | Wells Fargo 7150 | ($1,000.00) |
| 04/17/13 | Wells Fargo 7150 | ($3,500.00) |
| 04/18/13 | Wells Fargo 7150 | ($15,000.00) |
| 04/18/13 | Wells Fargo 7150 | ($400.00) |
| 04/29/13 | Wells Fargo 7150 | ($2,000.00) |
| 04/29/13 | Wells Fargo 7150 | ($672.00) |
| 04/30/13 | Wells Fargo 7150 | ($727.46) |
| 04/30/13 | Wells Fargo 7150 | ($5,000.00) |
| 05/01/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/02/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/03/13 | Wells Fargo 7150 | ($1,400.00) |
| 05/03/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/06/13 | Wells Fargo 7150 | ($1,800.00) |
| 05/08/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/08/13 | Wells Fargo 7150 | ($500.00) |
| 05/14/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/15/13 | Wells Fargo 7150 | ($833.00) |
| 05/21/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/23/13 | Wells Fargo 7150 | ($700.00) |
| 05/24/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/28/13 | Wells Fargo 7150 | ($700.00) |
| 05/29/13 | Wells Fargo 7150 | ($1,000.00) |
| 05/30/13 | Wells Fargo 7150 | ($12,000.00) |
| 06/03/13 | Wells Fargo 7150 | ($800.00) |
| 06/03/13 | Wells Fargo 7150 | ($500.00) |
| 06/04/13 | Wells Fargo 7150 | ($15,000.00) |
| 06/04/13 | Wells Fargo 7150 | ($2,000.00) |
| 06/06/13 | Wells Fargo 7150 | ($500.00) |
| 06/07/13 | Wells Fargo 7150 | ($700.00) |
| 06/11/13 | Wells Fargo 7150 | ($92.56) |
| 06/11/13 | Wells Fargo 7150 | ($5,500.00) |
| 06/11/13 | Wells Fargo 7150 | ($600.00) |
| 06/12/13 | Wells Fargo 7150 | ($90.90) |
| 06/12/13 | Wells Fargo 7150 | ($1,000.00) |
| 06/17/13 | Wells Fargo 7150 | ($1,000.00) |
| 06/17/13 | Wells Fargo 7150 | ($1,000.00) |
| 06/21/13 | Wells Fargo 7150 | ($1,000.00) |
| 06/24/13 | Wells Fargo 7150 | ($2,000.00) |
| 06/25/13 | Wells Fargo 7150 | ($1,000.00) |

| | | |
|---|---|---|
| 06/25/13 | Wells Fargo 7150 | ($600.00) |
| 06/27/13 | Wells Fargo 7150 | ($500.00) |
| 06/28/13 | Wells Fargo 7150 | ($1,000.00) |
| 07/01/13 | Wells Fargo 7150 | ($1,700.00) |
| 07/02/13 | Wells Fargo 7150 | ($2,300.00) |
| 07/02/13 | Wells Fargo 7150 | ($1,000.00) |
| 07/05/13 | Wells Fargo 7150 | ($1,400.00) |
| 07/08/13 | Wells Fargo 7150 | ($400.00) |
| 07/09/13 | Wells Fargo 7150 | ($500.00) |
| 07/11/13 | Wells Fargo 7150 | ($300.00) |
| 07/12/13 | Wells Fargo 7150 | ($500.00) |
| 07/15/13 | Wells Fargo 7150 | ($800.00) |
| 07/15/13 | Wells Fargo 7150 | ($1,200.00) |
| 07/17/13 | Wells Fargo 7150 | ($500.00) |
| 07/17/13 | Wells Fargo 7150 | ($294.26) |
| 07/22/13 | Wells Fargo 7150 | ($500.00) |
| 07/22/13 | Wells Fargo 7150 | ($500.00) |
| 07/22/13 | Wells Fargo 7150 | ($800.00) |
| 07/22/13 | Wells Fargo 7150 | ($500.00) |
| 07/23/13 | Wells Fargo 7150 | ($1,000.00) |
| 07/23/13 | Wells Fargo 7150 | ($400.00) |
| 07/24/13 | Wells Fargo 7150 | ($579.08) |
| 07/24/13 | Wells Fargo 7150 | ($17,000.00) |
| 07/31/13 | Wells Fargo 7150 | ($433.00) |
| 07/31/13 | Wells Fargo 7150 | ($500.00) |
| 08/01/13 | Wells Fargo 7150 | ($1,000.00) |
| 08/09/13 | Wells Fargo 7150 | ($600.00) |
| 08/09/13 | Wells Fargo 7150 | ($900.00) |
| 08/12/13 | Wells Fargo 7150 | ($1,000.00) |
| 08/13/13 | Wells Fargo 7150 | ($870.06) |
| 08/14/13 | Wells Fargo 7150 | ($1,000.00) |
| 08/15/13 | Wells Fargo 7150 | ($1,200.00) |
| 08/16/13 | Wells Fargo 7150 | ($1,000.00) |
| 08/19/13 | Wells Fargo 7150 | ($4,000.00) |
| 08/19/13 | Wells Fargo 7150 | ($700.00) |
| 08/21/13 | Wells Fargo 7150 | ($2,000.00) |
| 08/26/13 | Wells Fargo 7581 | ($100.03) |
| 08/28/13 | Wells Fargo 7150 | ($494.59) |
| 09/03/13 | Wells Fargo 7150 | ($1,000.00) |

| | | |
|---|---|---|
| 09/03/13 | | ($2,000.00) |
| 09/03/13 | Wells Fargo 7150 | ($2,000.00) |
| 09/10/13 | Wells Fargo 7150 | ($105.00) |
| 09/10/13 | Wells Fargo 7150 | ($441.36) |
| 10/04/13 | Wells Fargo 7150 | ($1,574.00) |
| 10/11/13 | Wells Fargo 7150 | ($1,000.00) |
| 10/16/13 | Wells Fargo 7150 | ($87.92) |
| 10/21/13 | Wells Fargo 7150 | ($22.50) |
| 10/23/13 | Wells Fargo 7150 | ($25.13) |
| 10/28/13 | Wells Fargo 7150 | ($35.94) |
| 11/01/13 | Wells Fargo 7150 | ($125.00) |
| 11/04/13 | Wells Fargo 7150 | ($36.77) |
| 11/12/13 | Wells Fargo 7150 | ($75.28) |
| 11/18/13 | Wells Fargo 7150 | ($32.89) |
| 11/18/13 | Wells Fargo 7150 | ($5.95) |
| 11/21/13 | Wells Fargo 7150 | ($39.94) |
| 11/21/13 | Wells Fargo 7150 | ($24.99) |
| 11/22/13 | Wells Fargo 7150 | ($320.00) |
| 11/25/13 | Wells Fargo 7150 | ($26.29) |
| 11/25/13 | Wells Fargo 7150 | ($25.13) |
| 12/13/13 | Wells Fargo 7150 | ($34.84) |
| 12/17/13 | Wells Fargo 7150 | ($1,000.00) |
| 12/19/13 | Wells Fargo 7150 | ($28.73) |
| 12/23/13 | Wells Fargo 7150 | ($25.13) |
| 12/27/13 | Wells Fargo 7150 | ($17.99) |
| 12/30/13 | Wells Fargo 7150 | ($80.99) |
| 12/30/13 | Wells Fargo 7150 | ($124.00) |
| 01/02/14 | Wells Fargo 7150 | ($2,804.97) |
| 01/06/14 | Wells Fargo 7150 | ($53.93) |
| 01/06/14 | Wells Fargo 7150 | ($12.95) |
| 01/08/14 | Wells Fargo 7150 | ($210.69) |
| 01/13/14 | Wells Fargo 7150 | ($29.33) |
| 01/16/14 | Pinnacle 1614 | ($1,000.00) |
| 01/16/14 | Pinnacle 1614 | ($2,000.00) |
| 01/17/14 | Wells Fargo 7150 | ($69.95) |
| 01/21/14 | Wells Fargo 7150 | ($14.99) |
| 01/21/14 | Wells Fargo 7150 | ($4.72) |
| 01/24/14 | Wells Fargo 7150 | ($31.95) |
| 01/27/14 | Wells Fargo 7150 | ($32.99) |

6

| | | |
|---|---|---|
| 01/29/14 | Wells Fargo 7150 | ($25.00) |
| 01/29/14 | Wells Fargo 7150 | ($546.50) |
| 01/29/14 | Wells Fargo 7150 | ($546.50) |
| 01/29/14 | Wells Fargo 7150 | ($546.50) |
| 01/29/14 | Wells Fargo 7150 | ($546.50) |
| 01/29/14 | Wells Fargo 7150 | ($546.50) |
| 01/29/14 | Wells Fargo 7150 | ($546.50) |
| 01/29/14 | Wells Fargo 7150 | ($26.50) |
| 01/29/14 | Wells Fargo 7150 | ($23.54) |
| 01/30/14 | Wells Fargo 7150 | ($9.86) |
| 02/06/14 | Pinnacle 1614 | ($1,000.00) |
| 02/12/14 | Wells Fargo 7150 | ($58.00) |
| 03/17/14 | Pinnacle 1614 | ($1,000.00) |
| | | **($189,491.08)** |

## COUNT II

23. The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

24. Upon information and belief, the Debtor made the below-alleged transfers of at least $144,138.89.

25. Upon information and belief, these transferred benefited Adam Brock.

26. The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

27. Debtor was in a precarious financial condition at the time of the transfers.

28. The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

Case 3:15-ap-90521   Doc 1   Filed 12/15/15   Entered 12/15/15 14:11:59   Desc Main
Document   Page 7 of 23

29.     Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

30.     Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

31.     The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

32.     Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

33.     Defendant Adam Brock may have benefited from additional transfers which Plaintiff may learn about during the discovery process, and such transfers are expressly subject to this action.

| **Date** | **Bank** | **Amount** | **Description** | **Further Description** |
|---|---|---|---|---|
| 4/8/2013 | WF7150 | ($1,745.00) | 3006 | GE Capital Corp |
| 4/26/2013 | WF7150 | ($2,544.00) | 1217 | Jernigan, Terry |
| 6/3/2013 | WF7150 | ($1,743.26) | Debit | Wells Fargo |
| 6/17/2013 | WF7150 | ($1,745.00) | 1437 | GE Capital Corp |
| 7/31/2013 | WF7150 | ($2,514.00) | 1584 | Jernigan, Terry |
| 8/16/2013 | WF7150 | ($3,896.38) | Debit | Modern Marine |
| 8/19/2013 | WF7150 | ($35.99) | Debit | Modern Marine |
| 8/27/2013 | WF7150 | ($488.19) | Debit | Modern Marine |
| 8/30/2013 | WF7150 | ($28,000.00) | Debit | The Limo Agent |
| 8/30/2013 | WF7150 | ($2,514.00) | 1646 | Jernigan, Terry |
| 9/3/2013 | WF7150 | ($1,943.26) | Debit | Wells Fargo |
| 9/18/2013 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 9/25/2013 | WF7150 | ($700.00) | 1689 | CMS Lawncare |
| 9/30/2013 | WF7150 | ($2,514.00) | 1700 | Jernigan, Terry |
| 9/30/2013 | WF7150 | ($2,800.00) | Debit | Preds/Bridgestone |
| 9/30/2013 | WF7150 | ($1,500.00) | 1701 | Regions Bank |
| 10/1/2013 | WF7150 | ($1,943.26) | Debit | Wells Fargo |
| 10/7/2013 | WF7150 | ($300.00) | 1705 | Ge Capital Retail Bank |
| 10/8/2013 | WF7150 | ($200.00) | 1704 | Comenity Bank |
| 10/11/2013 | WF7150 | ($2,250.00) | 1702 | Jernigan, Terry |

8

| | | | | |
|---|---|---|---|---|
| 10/15/2013 | WF7150 | ($700.00) | 1717 | CMS Lawncare |
| 10/15/2013 | WF7150 | ($891.22) | Debit | Preds/Bridgestone |
| 10/15/2013 | WF7150 | ($125.00) | debit | St. Thomas |
| 10/16/2013 | WF7150 | ($350.00) | Debit | Wells Fargo |
| 10/17/2013 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 10/31/2013 | WF7150 | ($1,096.62) | Debit | Modern Marine |
| 11/1/2013 | WF7150 | ($2,700.00) | 1777 | Jernigan, Terry |
| 11/4/2013 | WF7150 | ($1,138.18) | Debit | Designer Floors |
| 11/5/2013 | WF7150 | ($300.00) | 1773 | Ge Capital Retail Bank |
| 11/5/2013 | WF7150 | ($700.00) | 1775 | CMS Lawncare |
| 11/6/2013 | WF7150 | ($1,857.56) | Debit | Elm Hills Resort Marina |
| 11/6/2013 | WF7150 | ($891.23) | Debit | Preds/Bridgestone |
| 11/7/2013 | WF7150 | ($300.00) | 1774 | Comenity Bank |
| 11/12/2013 | WF7150 | ($6,750.00) | 1757 | Capital Bank |
| 11/12/2013 | WF7150 | ($201.56) | Debit | Designer Floors |
| 11/12/2013 | WF7150 | ($217.89) | Debit | Designer Floors |
| 11/12/2013 | WF7150 | ($463.72) | Debit | Modern Marine |
| 11/15/2013 | WF7150 | ($131.10) | Debit | Designer Floors |
| 11/22/2013 | WF7150 | ($400.00) | Debit | Wells Fargo |
| 11/25/2013 | WF7150 | ($3,000.00) | 1840 | Kidd, Brian |
| 11/26/2013 | WF7150 | ($300.00) | 1841 | Comenity Bank |
| 11/26/2013 | WF7150 | ($1,500.00) | 1852 | Regions Bank |
| 12/2/2013 | WF7150 | ($2,000.00) | 1846 | Hall, Mike |
| 12/2/2013 | WF7150 | ($3,000.00) | 1206 | Hall, Mike |
| 12/2/2013 | WF7150 | ($2,700.00) | 1869 | Jernigan, Terry |
| 12/4/2013 | WF7150 | ($891.22) | Debit | Preds/Bridgestone |
| 12/9/2013 | WF7150 | ($855.66) | Debit | Elm Hills Resort Marina |
| 12/10/2013 | WF7150 | ($250.00) | 1833 | Ge Capital Retail Bank |
| 12/16/2013 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 12/19/2013 | WF7150 | ($1,500.00) | 1822 | Carr, Brandon |
| 12/19/2013 | WF7150 | ($1,196.29) | Debit | Shanes Co. |
| 12/20/2013 | WF7150 | ($805.00) | 1669 | Hall, Mike |
| 12/23/2013 | WF7150 | ($2,500.00) | 1848 | Wells Fargo |
| 12/24/2013 | WF7150 | ($700.00) | 1657 | CMS Lawncare |
| 12/31/2013 | WF7150 | ($2,700.00) | 1691 | Jernigan, Terry |
| 12/31/2013 | WF7150 | ($1,993.26) | Debit | Wells Fargo |
| 1/6/2014 | WF7150 | ($875.64) | Debit | Elm Hills Resort Marina |
| 1/6/2014 | WF7150 | ($891.23) | Debit | Preds/Bridgestone |
| 1/6/2014 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |

Case 3:15-ap-90521   Doc 1   Filed 12/15/15   Entered 12/15/15 14:11:59   Desc Main
Document     Page 9 of 23

| Date | Account | Amount | Check/Debit | Payee |
|---|---|---|---|---|
| 1/7/2014 | WF7150 | ($700.00) | 1697 | CMS Lawncare |
| 1/8/2014 | WF7150 | ($200.00) | Debit | Nannies of Greenhills |
| 1/13/2014 | WF7150 | ($500.00) | Debit | Wells Fargo |
| 1/17/2014 | P1614 | ($250.00) | 1007 | Ge Capital Retail Bank |
| 1/17/2014 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 1/21/2014 | P1614 | ($300.00) | 1009 | Comenity Bank |
| 1/22/2014 | P1614 | ($1,400.00) | 1050 | Regions Bank |
| 1/24/2014 | P1614 | ($1,500.00) | 1049 | Carr, Brandon |
| 1/28/2014 | P1614 | ($1,500.00) | 1066 | Regions Bank |
| 1/29/2014 | P1614 | ($1,200.00) | Debit | Nannies of Greenhills |
| 2/3/2014 | P1614 | ($2,700.00) | 1101 | Jernigan, Terry |
| 2/3/2014 | WF7150 | ($889.88) | Debit | Elm Hills Resort Marina |
| 2/3/2014 | WF7150 | ($1,743.26) | Debit | Wells Fargo |
| 2/5/2014 | WF7150 | ($891.22) | Debit | Preds/Bridgestone |
| 2/10/2014 | WF7150 | ($500.00) | Debit | Wells Fargo |
| 2/11/2014 | P1614 | ($700.00) | 1124 | CMS Lawncare |
| 2/19/2014 | P1614 | ($1,341.80) | Debit | Tennessee Titans |
| 2/25/2014 | P1614 | ($1,500.00) | 1165 | Carr, Brandon |
| 2/26/2014 | P1614 | ($1,500.00) | 1128 | Regions Bank |
| 2/28/2014 | P1614 | ($2,700.00) | 1253 | Jernigan, Terry |
| 3/6/2014 | WF7150 | ($870.84) | Debit | Elm Hills Resort Marina |
| 3/10/2014 | P1614 | ($250.00) | 1229 | Ge Capital Retail Bank |
| 3/12/2014 | P1614 | ($114.61) | 1230 | Comenity Bank |
| 3/13/2014 | P1614 | ($700.00) | 1246 | CMS Lawncare |
| 3/17/2014 | P1614 | ($1,707.68) | 1205 | St. Thomas |
| 3/19/2014 | P1614 | ($1,341.80) | Debit | Tennessee Titans |
| 3/21/2014 | P1614 | ($1,500.00) | 1266 | Carr, Brandon |
| 3/25/2014 | P1614 | ($874.02) | 1277 | St. Thomas |
| 4/3/2014 | WF7150 | ($826.01) | Debit | Elm Hills Resort Marina |
| 4/8/2014 | WF7150 | ($125.65) | Debit | Wells Fargo |
| 4/21/2014 | WF7150 | ($27.20) | Debit | Wells Fargo |
| 4/21/2014 | WF7150 | ($27.20) | Debit | Wells Fargo |
| 4/22/2014 | P1614 | ($1,500.00) | 1335 | Carr, Brandon |
| 5/8/2014 | P1614 | ($700.00) | 1369 | CMS Lawncare |
| | | ($144,138.89) | | |

## COUNT III

34.     The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

35.     Within two (2) years prior to the commencement of the case, Defendant Elizabeth Brock received the below-alleged transfers of property totaling at least $10,700 from the Debtor.

36.     The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

37.     Debtor was in a precarious financial condition at the time of the transfers.

38.     The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

39.     Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

40.     Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

41.     The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

42.     Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

43.     Defendant Elizabeth Brock may have received additional transfers which Plaintiff may

11

learn about during the discovery process, and such transfers are expressly subject to this action.

| DATE | BANK | AMOUNT |
|---|---|---|
| 11/26/2013 | Wells Fargo 7150 | ($1,400.00) |
| 12/17/2013 | Wells Fargo 7150 | ($2,000.00) |
| 1/6/2014 | Wells Fargo 7150 | ($1,100.00) |
| 2/3/2014 | Pinnacle 1614 | ($1,400.00) |
| 2/5/2014 | Pinnacle 1614 | ($950.00) |
| 2/18/2014 | Pinnacle 1614 | ($850.00) |
| 3/18/2014 | Pinnacle 1614 | ($3,000.00) |
| | | ($10,700.00) |

## COUNT IV

44.    The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

45.    Upon information and belief, the Debtor made the below-alleged transfers of at least $104,462.89.

46.    Upon information and belief, these transfers benefited Elizabeth Brock.

47.    The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

48.    Debtor was in a precarious financial condition at the time of the transfers.

49.    The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

12

50.     Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

51.     Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

52.     The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

53.     Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

54.     Defendant Elizabeth Brock may have benefited from additional transfers which Plaintiff may learn about during the discovery process, and such transfers are expressly subject to this action.

| Date | Bank | Amount | Description | Further Description |
|---|---|---|---|---|
| 6/3/2013 | WF7150 | ($1,743.26) | Debit | Wells Fargo |
| 8/16/2013 | WF7150 | ($3,896.38) | Debit | Modern Marine |
| 8/19/2013 | WF7150 | ($35.99) | Debit | Modern Marine |
| 8/27/2013 | WF7150 | ($488.19) | Debit | Modern Marine |
| 9/3/2013 | WF7150 | ($1,943.26) | Debit | Wells Fargo |
| 9/9/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 9/10/2013 | WF7150 | ($500.00) | Debit | Chase |
| 9/13/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 9/17/2013 | WF7150 | ($1,000.00) | Debit | Capital One |
| 9/17/2013 | WF7150 | ($500.00) | Debit | Chase |
| 9/18/2013 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 9/23/2013 | WF7150 | ($600.00) | Debit | Capital One |
| 9/23/2013 | WF7150 | ($1,000.00) | Debit | Chase |
| 9/25/2013 | WF7150 | ($700.00) | 1689 | CMS Lawncare |
| 9/30/2013 | WF7150 | ($2,800.00) | Debit | Preds/Bridgestone |
| 9/30/2013 | WF7150 | ($1,500.00) | 1701 | Regions Bank |
| 10/1/2013 | WF7150 | ($1,943.26) | Debit | Wells Fargo |
| 10/2/2013 | WF7150 | ($600.00) | Debit | Capital One |
| 10/4/2013 | WF7150 | ($400.00) | Debit | Chase |
| 10/07/13 | WF7150 | ($300.00) | 1705 | Ge Capital Retail Bank |

13

| | | | | |
|---|---|---|---|---|
| 10/8/2013 | WF7150 | ($200.00) | 1704 | Comenity Bank |
| 10/11/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 10/15/2013 | WF7150 | ($500.00) | Debit | Chase |
| 10/15/2013 | WF7150 | ($600.00) | Debit | Sears Credit Cards |
| 10/15/2013 | WF7150 | ($700.00) | 1717 | CMS Lawncare |
| 10/15/2013 | WF7150 | ($891.22) | Debit | Preds/Bridgestone |
| 10/15/2013 | WF7150 | ($125.00) | Debit | St. Thomas |
| 10/16/2013 | WF7150 | ($350.00) | Debit | Wells Fargo |
| 10/17/2013 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 10/22/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 10/23/2013 | WF7150 | ($750.00) | Debit | Chase |
| 10/29/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 10/30/2013 | WF7150 | ($500.00) | Debit | Chase |
| 10/31/2013 | WF7150 | ($1,096.62) | Debit | Modern Marine |
| 11/4/2013 | WF7150 | ($800.00) | Debit | Sears Credit Cards |
| 11/4/2013 | WF7150 | ($1,138.18) | Debit | Designer Floors |
| 11/5/2013 | WF7150 | ($700.00) | 1775 | CMS Lawncare |
| 11/05/13 | WF7150 | ($300.00) | 1773 | Ge Capital Retail Bank |
| 11/6/2013 | WF7150 | ($1,857.56) | Debit | Elm Hills Resort Marina |
| 11/6/2013 | WF7150 | ($891.23) | Debit | Preds/Bridgestone |
| 11/7/2013 | WF7150 | ($300.00) | 1774 | Comenity Bank |
| 11/12/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 11/12/2013 | WF7150 | ($500.00) | Debit | Chase |
| 11/12/2013 | WF7150 | ($201.56) | Debit | Designer Floors |
| 11/12/2013 | WF7150 | ($217.89) | Debit | Designer Floors |
| 11/12/2013 | WF7150 | ($463.72) | Debit | Modern Marine |
| 11/13/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 11/15/2013 | WF7150 | ($131.10) | Debit | Designer Floors |
| 11/22/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 11/22/2013 | WF7150 | ($400.00) | Debit | Wells Fargo |
| 11/25/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 11/25/2013 | WF7150 | ($500.00) | Debit | Chase |
| 11/25/2013 | WF7150 | ($500.00) | Debit | Chase |
| 11/25/2013 | WF7150 | ($600.00) | 1842 | Sears Credit Cards |
| 11/25/2013 | WF7150 | ($3,000.00) | 1840 | Kidd, Brian |
| 11/26/2013 | WF7150 | ($300.00) | 1841 | Comenity Bank |
| 11/26/2013 | WF7150 | ($1,500.00) | 1852 | Regions Bank |
| 12/02/13 | WF7150 | ($2,000.00) | 1846 | Hall, Mike |
| 12/02/13 | WF7150 | ($3,000.00) | 1206 | Hall, Mike |

| | | | | |
|---|---|---|---|---|
| 12/3/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 12/4/2013 | WF7150 | ($891.22) | Debit | Preds/Bridgestone |
| 12/9/2013 | WF7150 | ($855.66) | Debit | Elm Hills Resort Marina |
| 12/10/13 | WF7150 | ($250.00) | 1833 | Ge Capital Retail Bank |
| 12/13/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 12/16/2013 | WF7150 | ($500.00) | Debit | Chase |
| 12/16/2013 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 12/17/2013 | WF7150 | ($500.00) | Debit | Capital One |
| 12/19/2013 | WF7150 | ($1,196.29) | Debit | Shanes Co. |
| 12/20/2013 | WF7150 | ($800.00) | Debit | Chase |
| 12/20/13 | WF7150 | ($805.00) | 1669 | Hall, Mike |
| 12/23/2013 | WF7150 | ($2,500.00) | 1848 | Wells Fargo |
| 12/24/2013 | WF7150 | ($700.00) | 1657 | CMS Lawncare |
| 12/30/2013 | WF7150 | ($1,000.00) | Debit | Chase |
| 12/31/2013 | WF7150 | ($1,993.26) | Debit | Wells Fargo |
| 1/6/2014 | WF7150 | ($500.00) | Debit | Capital One |
| 1/6/2014 | WF7150 | ($875.64) | Debit | Elm Hills Resort Marina |
| 1/6/2014 | WF7150 | ($891.23) | Debit | Preds/Bridgestone |
| 1/6/2014 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 1/7/2014 | WF7150 | ($700.00) | 1697 | CMS Lawncare |
| 1/8/2014 | WF7150 | ($500.00) | Debit | Sears Credit Cards |
| 1/8/2014 | WF7150 | ($200.00) | Debit | Nannies of Greenhills |
| 1/9/2014 | WF7150 | ($500.00) | Debit | Chase |
| 1/13/2014 | WF7150 | ($500.00) | Debit | Capital One |
| 1/13/2014 | WF7150 | ($500.00) | Debit | Chase |
| 1/13/2014 | WF7150 | ($500.00) | Debit | Wells Fargo |
| 1/17/2014 | WF7150 | ($1,341.80) | Debit | Tennessee Titans |
| 01/17/14 | P1614 | ($250.00) | 1007 | Ge Capital Retail Bank |
| 1/21/2014 | WF7150 | ($500.00) | Debit | Capital One |
| 1/21/2014 | WF7150 | ($500.00) | Debit | Capital One |
| 1/21/2014 | WF7150 | ($500.00) | Debit | Chase |
| 1/21/2014 | P1614 | ($300.00) | 1009 | Comenity Bank |
| 1/29/2014 | P1614 | ($1,200.00) | Debit | Nannies of Greenhills |
| 1/30/2014 | WF7150 | ($500.00) | Debit | Capital One |
| 1/30/2014 | WF7150 | ($500.00) | Debit | Chase |
| 2/3/2014 | WF7150 | ($889.88) | Debit | Elm Hills Resort Marina |
| 2/3/2014 | WF7150 | ($1,743.26) | Debit | Wells Fargo |
| 2/4/2014 | WF7150 | ($800.00) | Debit | Capital One |
| 2/5/2014 | WF7150 | ($1,000.00) | Debit | Chase |

15

| | | | | |
|---|---|---|---|---|
| 2/5/2014 | WF7150 | ($600.00) | Debit | Sears Credit Cards |
| 2/5/2014 | WF7150 | ($891.22) | Debit | Preds/Bridgestone |
| 2/10/2014 | WF7150 | ($500.00) | Debit | Wells Fargo |
| 2/11/2014 | P1614 | ($700.00) | 1124 | CMS Lawncare |
| 2/19/2014 | P1614 | ($1,000.00) | Debit | Capital One |
| 2/19/2014 | P1614 | ($1,000.00) | Debit | Chase |
| 2/19/2014 | P1614 | ($1,341.80) | Debit | Tennessee Titans |
| 2/24/2014 | P1614 | ($1,000.00) | Debit | Capital One |
| 2/26/2014 | P1614 | ($1,500.00) | 1128 | Regions Bank |
| 3/4/2014 | P1614 | ($1,000.00) | Debit | Chase |
| 3/5/2014 | P1614 | ($600.00) | Debit | Sears Credit Cards |
| 3/6/2014 | WF7150 | ($870.84) | Debit | Elm Hills Resort Marina |
| 03/10/14 | P1614 | ($250.00) | 1229 | Ge Capital Retail Bank |
| 3/12/2014 | P1614 | ($114.61) | 1230 | Comenity Bank |
| 3/13/2014 | P1614 | ($700.00) | 1246 | CMS Lawncare |
| 3/17/2014 | P1614 | ($1,707.68) | 1205 | St. Thomas |
| 3/18/2014 | P1614 | ($1,000.00) | Debit | Capital One |
| 3/19/2014 | P1614 | ($1,341.80) | Debit | Tennessee Titans |
| 3/24/2014 | P1614 | ($1,000.00) | Debit | Chase |
| 3/25/2014 | P1614 | ($874.02) | 1277 | St. Thomas |
| 4/3/2014 | WF7150 | ($826.01) | Debit | Elm Hills Resort Marina |
| 4/7/2014 | P1614 | ($600.00) | Debit | Sears Credit Cards |
| 4/8/2014 | WF7150 | ($125.65) | Debit | Wells Fargo |
| 4/15/2014 | P1614 | ($100.00) | Debit | Capital One |
| 4/21/2014 | P1614 | ($200.00) | Debit | Chase |
| 4/21/2014 | WF7150 | ($27.20) | Debit | Wells Fargo |
| 4/21/2014 | WF7150 | ($27.20) | Debit | Wells Fargo |
| 4/22/2014 | P1614 | ($200.00) | Debit | Capital One |
| 4/24/2014 | P1614 | ($150.00) | Debit | Chase |
| 5/8/2014 | P1614 | ($700.00) | 1369 | CMS Lawncare |
| | | **($104,462.89)** | | |

## COUNT V

55.     The Trustee incorporates by reference the preceding paragraphs as if fully written

herein.

56.     Within two (2) years prior to the commencement of the case, Defendant Chad Brock

received the below-alleged transfers totaling at least $7,873.20 from the Debtor.

57.     The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

58.     Debtor was in a precarious financial condition at the time of the transfers.

59.     The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

60.     Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

61.     Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

62.     The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

63.     Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

64.     Defendant Chad Brock may have received additional transfers which Plaintiff may learn about during the discovery process, and such transfers are expressly subject to this action.

| DATE | BANK | AMOUNT |
|---|---|---|
| 3/22/2013 | Wells Fargo 7150 | ($737.51) |
| 4/5/2013 | Wells Fargo 7150 | ($399.45) |

17

| | | |
|---|---|---|
| 5/17/2013 | Wells Fargo 7150 | ($75.12) |
| 5/23/2013 | Wells Fargo 7150 | ($300.00) |
| 10/15/2013 | Wells Fargo 7150 | ($1,000.00) |
| 1/22/2014 | Pinnacle 1614 | ($500.00) |
| 2/26/2014 | Pinnacle 1614 | ($33.33) |
| 4/7/2014 | Pinnacle 1614 | ($1,129.05) |
| 5/2/2014 | Pinnacle 1614 | ($3,698.74) |
| | | ($7,873.20) |

## COUNT VI

65.     The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

66.     Within two (2) years prior to the commencement of the case, Defendant Lesly Brock received the below-alleged transfers totaling at least $4,134.85 from the Debtor.

67.     The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

68.     Debtor was in a precarious financial condition at the time of the transfers.

69.     The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

70.     Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

18

71.     Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

72.     The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

73.     Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

| DATE | BANK | AMOUNT |
|---|---|---|
| 4/22/2013 | Wells Fargo 7150 | ($231.07) |
| 4/23/2013 | Wells Fargo 7150 | ($93.85) |
| 6/4/2013 | Wells Fargo 7150 | ($162.73) |
| 10/15/2013 | Wells Fargo 7150 | ($315.00) |
| 11/19/2013 | Wells Fargo 7150 | ($75.00) |
| 1/30/2014 | Pinnacle 1614 | ($200.00) |
| 3/17/2014 | Pinnacle 1614 | ($200.00) |
| 3/26/2014 | Pinnacle 1614 | ($200.00) |
| 5/2/2014 | Pinnacle 1614 | ($2,657.20) |
| | | **($4,134.85)** |

## COUNT VII

74.     The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

75.     Within two (2) years prior to the commencement of the case, Defendant Broadway Limousine, LLC received the below-alleged transfers totaling at least $83,963.79 from the Debtor.

76.     The transfers were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud, including, without limitation: (i) Adam Brock was the President of multiple related entities involving family; (ii) Adam Brock operated some of the entities out of the same location; (iii) Adam Brock shared fuel discounts with related companies; (iv) Adam

Brock transferred money to related companies; (v) Adam Brock paid personal bills out of company funds.

77. Debtor was in a precarious financial condition at the time of the transfers.

78. The transfers by Debtor far exceeded reasonable expenses and Debtor therefore received less than reasonably equivalent value for such transfers.

79. Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

80. Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

81. The transfers are avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

82. Pursuant to 11 U.S.C. § 550, the Trustee may recover from Defendants the amount of the said transfers.

83. Defendant Broadway Limousine, LLC may have received additional transfers which Plaintiff may learn about during the discovery process, and such transfers are expressly subject to this action.

| DATE | BANK | AMOUNT |
|---|---|---|
| 01/07/13 | Wells Fargo 7150 | ($13,000.00) |
| 02/12/13 | | ($200.00) |
| 03/20/13 | Wells Fargo 7150 | ($300.00) |
| 05/13/13 | Wells Fargo 7150 | ($1,200.00) |
| 05/13/13 | Wells Fargo 7150 | ($100.00) |
| 05/15/13 | Wells Fargo 7150 | ($8,500.00) |
| 05/29/13 | Wells Fargo 7150 | ($100.00) |
| 06/04/13 | Wells Fargo 7150 | ($300.00) |
| 06/07/13 | Wells Fargo 7150 | ($300.00) |
| 06/07/13 | Wells Fargo 7150 | ($500.00) |

| | | |
|---|---|---|
| 06/10/13 | Wells Fargo 7150 | ($300.00) |
| 06/21/13 | Wells Fargo 7150 | ($300.00) |
| 06/28/13 | Wells Fargo 7150 | ($400.00) |
| 07/11/13 | Wells Fargo 7150 | ($200.00) |
| 07/12/13 | Wells Fargo 7150 | ($300.00) |
| 07/12/13 | Wells Fargo 7150 | ($700.00) |
| 07/16/13 | Wells Fargo 7150 | ($1,350.00) |
| 08/15/13 | Wells Fargo 7150 | ($300.00) |
| 08/20/13 | Wells Fargo 7150 | ($500.00) |
| 08/26/13 | Wells Fargo 7150 | ($100.00) |
| 08/28/13 | Wells Fargo 7150 | ($1,000.00) |
| 08/30/13 | Wells Fargo 7150 | ($28,000.00) |
| 09/05/13 | Wells Fargo 7150 | ($1,000.00) |
| 09/16/13 | Wells Fargo 7150 | ($200.00) |
| 09/25/13 | Wells Fargo 7150 | ($1,500.00) |
| 09/25/13 | Wells Fargo 7150 | ($1,000.00) |
| 09/30/13 | Wells Fargo 7150 | ($300.00) |
| 10/03/13 | Wells Fargo 7150 | ($150.00) |
| 10/03/13 | Wells Fargo 7150 | ($100.00) |
| 10/09/13 | Wells Fargo 7150 | ($2,200.00) |
| 10/10/13 | Wells Fargo 7150 | ($1,500.00) |
| 10/10/13 | Wells Fargo 7150 | ($135.71) |
| 10/10/13 | Wells Fargo 7150 | ($400.00) |
| 10/15/13 | Wells Fargo 7150 | ($250.00) |
| 10/17/13 | Wells Fargo 7150 | ($500.00) |
| 10/21/13 | Wells Fargo 7150 | ($500.00) |
| 10/24/13 | Wells Fargo 7150 | ($400.00) |
| 10/28/13 | Wells Fargo 7150 | ($800.00) |
| 11/01/13 | Wells Fargo 7150 | ($1,200.00) |
| 11/06/13 | Wells Fargo 7150 | ($300.00) |
| 11/13/13 | Wells Fargo 7150 | ($500.00) |
| 11/14/13 | Wells Fargo 7150 | ($100.00) |
| 11/19/13 | Wells Fargo 7150 | ($400.00) |
| 11/21/13 | Wells Fargo 7150 | ($400.00) |
| 11/21/13 | Wells Fargo 7150 | ($700.00) |
| 11/21/13 | Wells Fargo 7150 | ($300.00) |
| 11/29/13 | Wells Fargo 7150 | ($400.00) |
| 12/02/13 | Wells Fargo 7150 | ($400.00) |
| 12/02/13 | Wells Fargo 7150 | ($1,000.00) |

| | | |
|---|---|---:|
| 12/19/13 | Wells Fargo 7150 | ($500.00) |
| 01/06/14 | Wells Fargo 7150 | ($450.00) |
| 01/06/14 | Wells Fargo 7150 | ($300.00) |
| 01/07/14 | Wells Fargo 7150 | ($1,000.00) |
| 01/07/14 | Wells Fargo 7150 | ($100.00) |
| 01/08/14 | Wells Fargo 7150 | ($700.00) |
| 01/08/14 | Wells Fargo 7150 | ($100.00) |
| 01/09/14 | Wells Fargo 7150 | ($100.00) |
| 01/10/14 | Wells Fargo 7150 | ($300.00) |
| 01/10/14 | Wells Fargo 7150 | ($100.00) |
| 01/17/14 | Wells Fargo 7150 | ($100.00) |
| 01/21/14 | Wells Fargo 7150 | ($200.00) |
| 01/21/14 | Wells Fargo 7150 | ($100.00) |
| 01/21/14 | Wells Fargo 7150 | ($300.00) |
| 01/22/14 | Pinnacle 1614 | ($1,400.00) |
| 01/24/14 | Wells Fargo 7150 | ($300.00) |
| 01/28/14 | Pinnacle 1614 | ($1,500.00) |
| 02/05/14 | Wells Fargo 7150 | ($1,800.00) |
| 03/03/14 | Wells Fargo 7150 | ($28.08) |
| | | **($83,963.79)** |

## **CAUSE OF ACTION**

84. The Trustee incorporates by reference the preceding paragraphs as if fully written herein.

85. The transfers referenced above were made with the intent to hinder, delay, or defraud creditors, as evidenced by certain so-called badges of fraud.

86. Debtor was in a precarious financial condition at the time of the transfers.

87. The transfers by Debtor were not made for or far exceeded reasonable necessary expenses, and Debtor therefore received less than reasonably equivalent value for such transfers.

88. Debtor was insolvent on the dates of the transfers because its liabilities exceeded the equity value in any unencumbered, non-exempt assets in which Debtor had a sole ownership interest at that time.

22

89.    Alternatively, the transfers rendered Debtor insolvent because after said transfers, the value of Debtor's remaining unencumbered, non-exempt assets were insufficient to fully satisfy its outstanding liabilities.

90.    The transfers avoidable pursuant to 11 U.S.C. §§ 544 and 548(a).

91.    Pursuant to 11 U.S.C. § 550, the Trustee may recover from the Defendants the amount of the said transfers.

## PRAYER FOR RELIEF

WHEREFORE, based upon the foregoing, the Trustee respectfully requests the Court:

A.    Enter an order or orders avoiding the subject transfers and finding that such avoided transfers are preserved for the benefit of Debtor's bankruptcy estate.

B.    Further order that the Trustee may recover both pre- and post-judgment interest.

C.    Grant such other relief as may be necessary and appropriate.

Respectfully submitted,

*/s/ David G. Rogers*

David G. Rogers, #011658
Attorney for Trustee
7100 Executive Center Drive, Suite 120
Brentwood, Tennessee 37027
(615) 377-7722 or fax (615) 377-7758
dgrtrustee@comcast.net

23